THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:04-cr-00092-MR-DLH

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | **ORDER** |
| JEREMY LUJAN AIKEN | ) | |

**THIS MATTER** is before the Court pursuant to 18 United States Code § 3582(c)(2) and U.S.S.G. § 1B1.10(c), Amendment 782 (Nov. 1, 2014).

The Defendant has filed a pro se motion for reduction of sentence in this matter. [Doc. 104]. Additionally, the Probation Office has submitted a supplement to the Defendant's Presentence Report ("PSR"). [Doc. 105]. Based thereon, the Court determines that the United States Attorney and the Federal Defenders of WNC, Inc., should provide the Court with their respective positions regarding the PSR supplement.

**IT IS, THEREFORE, ORDERED** that no later than thirty (30) days from the entry of this Order, the United States Attorney and the Federal Defenders of WNC, Inc., shall file pleadings responsive to the Probation Officer's PSR supplement filed in this matter.

**IT IS SO ORDERED.**

Signed: January 20, 2015

Martin Reidinger
United States District Judge