# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:04-cr-00092-MR-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JEREMY LUJAN AIKEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Reduce or Modify Sentence by Prisoner in Federal Custody Pursuant [to] Section 403 of the First Step Act of 2018…." [Doc. 113].

The Defendant, proceeding *pro se*, seeks relief under the First Step Act of 2018. Upon review of the motion, the Court will allow the Federal Defenders of Western North Carolina the opportunity to review the Defendant's motion. If the Federal Defenders elect to supplement or amend the Defendant's motion, they shall do so within thirty (30) days of the entry of this Order. If a supplement or amended motion is filed, the Government shall thereafter have thirty (30) days to file a response.

**IT IS, THEREFORE, ORDERED** that the Federal Defenders may file an amended motion or supplement to the Defendant's motion for relief under the First Step Act of 2018 within thirty (30) days of the entry of this Order. If such a supplement or amended motion is filed, the Government shall thereafter have thirty (30) days to file a response.

**IT IS SO ORDERED.**

Signed: January 15, 2020

Martin Reidinger
United States District Judge