# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:04-cr-00092-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JEREMY LUJAN AIKEN, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Hold in Abeyance [Doc. 123].[1]

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 123] is **GRANTED**, and this case shall be held in abeyance pending the Fourth Circuit's decision in United States v. Chambers, No. 19-7104. The Government shall have (30) days from the issuance of the decision in Chambers within which to respond to the Defendant's First Step Act Motion.

---

[1] The Government's Motion indicates that counsel for the Defendant opposes the Government's request. However, the Defendant did not file any formal opposition to the Government's Motion.

**IT IS SO ORDERED.**

Signed: March 9th, 2020

Martin Reidinger
United States District Judge